UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Miami Division

Case No.:1:    16-cv-25052 MARTINEZ/GOODMAN

HORACIO SEQUEIRA, A Citizen of the
United States of America

PLAINTIFF,

v.

THE REPUBLIC OF NICARAGUA,   et all

DEFENDANTS
_____/

**NOTICE OF ERRATA REGARDING REPLY AND DECLARATION
OF   MR. MARIANO GUERRA MORALES FILED ON FEBRUARY
23, 2018 DOCKET NO. 74-75.**

TO THE COURT,   ALL PARTIES AND THEIR ATTORNYEYS OF
RECORD:

PLEASE TAKE NOTICE that on February 23, 2018 Plaintiff, Mr.

Horacio Sequeira filed a reply and a document entitled Declaration of

Mariano Guerra Morales who declared that the Institute of Rural development

made contracts with Mr. Sequeira and regarding Exhibit "B" attached by

Plaintiff Reply filed on February 23, 2018, against opposition filed by State

defendant, during the filing of this documents plaintiff, Horacio Sequeira

inadvertently failed to attach the rental contract and English translation with

the check No. 6934 issued by Eduardo Jose Callejas Callejas signed by Mr.

Eduardo Jose Callejas Callejas and Mr. Sequeira with the authorization of the

Institute of the rural development of Nicaragua, Plaintiff attach English

translation of said rental contract, which consists of a true and correct copy.

Attached hereto said document in support the Reply in opposition State

defendants leave to amend the complaint [DE 70-70-2] as Exhibit "1"

Plaintiff  is doing the best to bring the other contracts signed from Nicaragua

through IDR that is overseas. Plaintiff apologizes for any inconvenience.

Executed on March 5, 2018

Respectfully submitted by,

By: Horacio Sequeira, Pro Se
Phone: 786-468-1792
13280 Port Said Rd. C301
Opa-Locka, Fl. 33054
centrolatinos@hotmail.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing document was served electronically and via U.S. Mail, and on March 5, 2018, to all persons shown on the following Service list.

By: Horacio Sequeira, Pro Se
Phone: 786-468-1792
13280 Port Said Rd. C301
Opa-Locka Fl. 33054
centrolatinos@hotmail.com

## SERVICE LIST

Gabriel Fernandez &
Anthony J. Tinelli
Mase Tinelli, P.A.
Attorneys for Defendant
Eduardo Jose Callejas Callejas
2601 S. Bayshore Drive, Suite 800
Miami, Florida 33133


Silverio & Hall
Brian M. Silverio
150 West Flager Street, PH 2850
Miami, Florida 33130
Attorneys for Defendants Estrellita Troz
Martinez, Nicaragua, and Chinandega

# EXHIBIT "1"

# EXHIBIT "1"

**CONTRATO DE COMPRA ARRIENDO CON OPCION A COMPRA DE LA PROPIEDAD EL PITAL Y CONTRATO DE SOCIEDAD PARA CRIANZA, PRODUCCION EN NICARAGUA Y COMERCIALIZACION DE DICHO GANADO EN LOS ESTADOS UNIDOS EL CUAL PERTENECENAL INSTITUTO DE DESARROLLO RURAL SESENTA CRIAS CADA PERIODO DE PRODUCCION .**

EN LA CIUDAD DE MIAMI FLORIDA A LAS DIEZ DE LA MANANA DEL DIA SIETE DE ENERO DEL DOS MIL SEIS COMPARECEN LOS SENORES  HORACIO RAMON SEQUEIRA ARGENAL y EDUARDO JOSE CALLEJAS CALLEJAS, AMBOS MAYORES DE EDAD, CASADOS, COMERCIANTES DEL DOMICILIO DE MIAMI FLORIDA Y DICE EL PRIMERO DE LOS COMPARECIENTES EDUARDO JOSE CALLEJAS CALLEJAS, Dice el primero de los comparecientes **PRIMERO:** Senor Horacio Ramon Sequeira Argenal, que es dueno en dominio y posesion de una propiedad ubicada en Nicaragua, en el sector del Congo de quinientas manzanas de extension Superficial, dentro de la  misma propiedad tiene cuatrocientas cabezas de Ganado vacuno de raza brahaman color blanco y rojo, dicho Ganado lo ha tenido en produccion desde el ano dos mil uno cuando contrato con el Estado de Nicaragua el INSTITUTO DE DESARROLLO RURAL, CON EL SENOR Director MARIANO GUERRA MORALES, A quien le otorgo sesenta cabezas de Ganado vacuno junto con los senores Geovanni Perez Contreras y Carlos Francisco Zapata Rocha, dicho Ganado la produccion sera especialmente, dicho Ganado era exclusivamente para crianza y exportacion el que fue adquirido por el gobierno de Nicaragua y entregado a pequenos productores como el Senor Horacio Ramon Sequeira Argenal en concepto de arriendo y comercializacion, especialmente para la cria y exportacion hacia los Estados Unidos de Norte America. **SEGUNDO:** Por este medio el senor Eduardo Jose Callejas Callejas dice que se compromete a criar dicho Ganado en Nicaragua y comercializarlo con el senor Horacio Ramon Sequeira Argenal exclusivamente en la Ciudad de Miami Florida. La propiedad del senor Horacio Sequeira debera de ser inspeccionada por el Instituto de Desarrollo Rural, para efectos de ver la crianza y el cuido del Ganado de exportacion hacia los Estados Unidos cuya raza del Ganado es Brahaman color blanco y Rojo marcados con el fierro del IDR y el fierro del Senor Horacio Ramon Sequeira Argenal que es la cruz Nacis. El senor Eduardo Jose Callejas Callejas se compromete a comprarle la finca el pital al senor Horacio Sequeira la suma de mil dolares por cada manzana y dichos pagos los hara exclusivamente en los Estados Unidos, y las ventas del Ganado las hara el senor Eduardo Jose Callejas Callejas de la major manera possible con el peso y valor internacional de la carne**. TERCERO** Tambien el senor Eduardo Jose Callejas Callejas se compromete a comprarle la finca al senor Horacio Sequeira en abonos que le entregara y donde participara su esposa Milagros R. de Callejas, asi como su hermano el senor Luis Callejas Callejas, quien Tambien es representante  del gobierno de Nicaragua para efectos de la comercializacion de dicho Ganado con los Estados Unidos. En este acto le entrega la suma de ocho mil dolares con cheque numero 6934, con lo que suma treinta y cutromi dolares en concepto de arriendo de los bienes.  Ambos comparecientes firman el presente contrato y estan de acuerdo a someterce a las leyes de los Estados Unidos en materia de comercio Internacional. Renuncian expresamente a las leyes Nicaraguenses y se someten a las leyes de los Estados Unidos. Este contrato es valido por treinta anos.

_____                              _____

Horacio Ramon Sequeira Argenal                        Eduardo Jose Callejas Callejas

DOLORES GONZALEZ
MY COMMISSION # FF 963480
EXPIRES: March 30, 2020
Bonded Thru Budget Notary Services

TRANSLATION

**Lease agreement with option to purchase real property called "El Pital" and contract of society for breeding, production in Nicaragua and commercialization of meat of cattle in the United States of which cattle a part belong to the institute of rural development six calves of each period of production of sixty cows brahman red and white.**

In the city of Miami Florida at 10 am of January 7, 2006 appear Horacio Ramon Sequeira Argenal (Mr. Sequeira) and Eduardo Jose Callejas Callejas (Mr. Callejas) both are adult, married, merchants, domiciled in Miami Florida. Mr. Eduardo Jose Callejas Callejas and Mr. Horacio Ramon Sequeira Argenal say FIRST: Mr. Horacio Ramon Sequeira Argenal say that is owner with just title and has the possession such real property located in Nicaragua, jurisdiction of El Viejo, in the region of El Congo of five hundred blocks that is equal of one thousand acres of superficial extension of land. Inside of the property related here, to exist 400 Pure cows Brahman red and white color such cattle is in production since year 2001 through a contract with the State of Nicaragua by Mr. Mariano Guerra Morales who represent the Institute of rural development, who gave to Mr. Horacio Ramon Sequeira Argenal, Mr. Geovanni Perez Contreras and Carlos Francisco Zapata Rocha such cattle is for production and exportation that gave to Nicaragua government and gave to merchant such as Horacio Ramon Sequeira Argenal for commerce and rental, in special for production and exportation to United States of America. SECOND: In this paper contract Mr. Eduardo Jose Callejas Callejas say that such cattle will be in the property of Mr. Horacio Ramon Sequeira Argenal and is for commerce activity between Nicaragua by the Institute of Rural Development the commercial activity will be in special the City of Miami Florida. The institute of Rural development should inspect the cattle and care them for good exportation to United States, the cattle should be marked with the iron from IDR and from Mr. Horacio

Ramon Sequeira Argenal that is the German Nacis cross. Also, Mr. Eduardo Jose Callejas

Callejas compromise to buy the property El Pital to Mr. Horacio Ramon Sequeira Argeanal

in the amount of one thousand dollar each blocks of land equal of two acres each block,  Mr.

Callejas will be each payment in United States, and the sale of cattle as a meat product Mr.

Callejas will be by Mr. Eduardo Jose Callejas Callejas, in the better manner possible with

weight and international value of the meat. **THIRD:**  Also, Mr. Eduardo Jose Callejas Callejas

compromise to buy the property to Mr. Horacio Sequeira in installment  who will give and

with participation of his wife Milagros R. Callejas ans his brother Luis Callejas Callejas, who

represent the Nicaragua government for the commerce in **United States. In this act** Mr.

Callejas give tho Mr. Sequeira a check number  6934, who complete the amount of 34

thousand dollars in concept of rental of the personal property. Both sign this contract and

they are agree to undergo to commerce law of the United States. This contract is valid for

thirty years.

 Signed by **Horacio Ramon Sequeira Argenal  and Mr. Eduardo Jose Callejas Callejas**


**AFFIDAVIT TRANSLATOR**

I, Horacio Sequeira            , hereby certify that I translated the attached document from
Spanish to English and that, to the best of my ability, it is a true and correct translation. I further
certify that I am competent in both Spanish and English to render and certify such translation of
this document before me this August 5, 2017.

DOLORES GONZALEZ
MY COMMISSION # FF 963480
EXPIRES: March 30, 2020
Bonded Thru Budget Notary Services

Driver License 5260 - 320 - 61 - 303 - 0

EDUARDO J. CALLEJAS
OR MILAGROS R. DECALLEJAS
15542 S.W. 115th St.
Miami, FL 33196

6934

June 24-06
DATE

63-643/670
BRANCH 00543

PAY TO THE
ORDER OF    Horacio Sequeira                    $ 8000⁰⁰

eight thousand only                    DOLLARS

Security
Features
Details on
Back

Organized Banking®

WACHOVIA
Wachovia Bank, N.A.
wachovia.com

FOR Pital.                                        MP

⑈067006432⑈ ⑈1154352072149⑈ 6934